RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jayson Michael Babbitt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00240-KJD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** |
| v. | (Third Request) |
| JAYSON MICHAEL BABBITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jayson Michael Babbitt, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including May 12, 2020, within which to file the Defendant's pretrial motions currently due March 10, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 26, 2020, to file any and all responsive pleadings, currently due March 24, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including June 2, 2020, to file any and all replies to dispositive motions, currently due March 31, 2020.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery, conduct further investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

DATED this 13th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Stephanie N. Ihler*<br>By_____<br>STEPHANIE N. IHLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAYSON MICHAEL BABBITT,<br><br>        Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery, conduct further investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including May 12, 2020, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 26, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including June 2, 2020, to file any and all replies to dispositive motions.

DATED this 13th day of March 2020.

UNITED STATES MAGISTRATE JUDGE