# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAYSON MICHAEL BABBITT,

    Defendant.

2:19-cr-00240-KJD-VCF-1

**ORDER**

MOTION TO DISMISS FOR UNCONSTITUTIONALLY VAGUE STATUTE [ECF No. 67]

    Before the Court is defendant Jayson Michael Babbitt's motion to dismiss for unconstitutionally vague statute. (ECF No. 67). On July 8, 2020, this Court held a hearing and the parties agreed to delay argument in this case until the Ninth Circuit rendered its decision in *USA v. Kuzma*, 9th Cir., No. 18-10042. (ECF No. 79). The Ninth Circuit has issued its opinion. See *U.S. v. Kuzma*, 9th Cir., No. 18-10042, 8/3/20. The parties have seven days to file a joint stipulation regarding whether the parties wish to file supplemental briefing considering the Ninth Circuit's decision. If the parties want to submit supplemental briefing, they must include their proposed briefing schedule in the stipulation.

    ACCORDINGLY,

    IT IS ORDERED that the parties have until Thursday, August 13, 2020 to submit their joint stipulation regarding defendant's pending motion (ECF No. 67), consistent with this Order.

    IT IS SO ORDERED.

    DATED this 6th day of August 2020.

                                                    _____
                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE