**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAYSON MICHAEL BABBITT,

    Defendant.

2:19-cr-00240-KJD-VCF

**MINUTE ORDER**

    Before the Court is *United States of America v. Jayson Michael Babbitt*, case no. 2:19-cr-00240-KJD-VCF.

    On October 5, 2020, the Court held a hearing on the Motion to Dismiss (ECF NO. 67) and ordered that supplemental briefing be filed on or before October 19, 2020 and a response be filed on or before October 26, 2020. (ECF No. 86).

    On October 19, 2020, Defendant Babbitt filed his supplement brief. (ECF No. 89). To date, no response from the Government has been filed. If a response is not filed on or before November 10, 2020, the motion will be decided without further argument by the government.

    DATED this 3rd day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE