UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAYSON MICHAEL BABBITT,<br><br>          Defendant. | Case No. 2:19-CR-240-KJD-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Objections are currently due on Christmas Eve, further, additional time is needed to review the Report & Recommendation with Mr. Babbitt and determine whether any objections will be filed.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)i and 3161(h)(7)(B)(iv).

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the deadline to file objections to the Report and Recommendation scheduled for December 24, 2020, be vacated and continued to January 25, 2021.

DATED this 28th day of December 2020.

_____
UNITED STATES DISTRICT JUDGE