# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAYSON MICHAEL BABBITT,<br><br>　　　　Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**Order Granting First Stipulation to Continue Briefing Deadline** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the Government's deadline to respond to the Defendant's objection/appeal (ECF No. 101).

　　IT IS THEREFORE ORDERED that deadline to file a response to Defendant's objections to the Report and Recommendation scheduled for February 8, 2021, be vacated and continued to February 17, 2021.

　　DATED: February 8, 2021.

_____
UNITED STATES DISTRICT JUDGE

3