# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00240-KJD-VCF |
| Plaintiff, | **Order Granting Second Stipulation to Continue Briefing Deadline** |
| v. | |
| JAYSON MICHAEL BABBITT, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the Government's deadline to respond to the Defendant's objection/appeal (ECF No. 101).

IT IS THEREFORE ORDERED that deadline to file a response to Defendant's objections to the Report and Recommendation scheduled for February 17, 2021, be vacated and continued to  2/24/2021  .

DATED: February  16 , 2021.

UNITED STATES DISTRICT JUDGE

3