RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Jayson Michael Babbitt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JAYSON MICHAEL BABBITT,<br><br>           Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jayson Michael Babbitt, that the Change of Plea Hearing currently scheduled on February 7, 2023 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than one (1) week.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district on another case during the currently scheduled change of plea hearing. Additionally, defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 27th day of January 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAYSON MICHAEL BABBITT,<br><br>　　　　Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing;

IT IS ORDERED that the Change of Plea hearing currently scheduled for Tuesday, February 7, 2023, at 9:30 a.m., be vacated and continued to <u>February 14, 2023</u> at the hour of <u>10:30</u> a.m. in courtroom 4A.

　　DATED this <u>30th</u> day of January 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3