RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Jayson Michael Babbitt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAYSON MICHAEL BABBITT,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jayson Michael Babbitt, that the Change of Plea Hearing currently scheduled on February 14, 2023 at 10:30 a.m., be vacated and continued to February 28, 2023 at a time convenient to the Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the district on another case during the currently scheduled change of plea hearing. Additionally, defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the Change of Plea hearing.

DATED this 8th day of February 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAYSON MICHAEL BABBITT,<br><br>        Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**ORDER** |

Based on the stipulation and good cause appearing;

IT IS ORDERED that the Change of Plea hearing currently scheduled for Tuesday, February 14, 2023, at 10:30 a.m., be vacated and continued to February 28, 2023, at 11:30 a.m. in courtroom 4A..

DATED this 9th day of February 2023.

_____
UNITED STATES DISTRICT JUDGE