RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jayson Michael Babbitt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00240-KJD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JAYSON MICHAEL BABBITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jayson Michael Babbitt, that the Sentencing Hearing currently scheduled on June 6, 2023 at 10:00 a.m., be vacated and continued to August 23, 2023 at a time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Babbitt, which is relevant to the sentencing disposition of this case. Additionally, defense counsel will be out of the district on currently scheduled sentencing date.

2.   The defendant is not incarcerated and does not object to the continuance.

3.   The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 2nd day of May 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAYSON MICHAEL BABBITT,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, June 6, 2023 at 10:00 a.m., be vacated and continued to August 23, 2023 at <u>9:30</u> a.m.

DATED this <u>8th</u> day of May 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE