UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON MICHAEL BABBITT,<br><br>Defendant. | Case No. 2:19-cr-00240-KJD-VCF<br><br>**ORDER – Granting Extension of Self-Surrender Date** |

Presently before the Court is Defendant's Motion to Continue Self-Surrender Date (#163). The Government does not take a position on the motion and defers to the discretion of the Court. (#164). On September 5, 2023, Defendant was sentenced to thirty-nine (39) months imprisonment, with a self-surrender date of December 4, 2023. (#155). Defendant now seeks to extend his self-surrender date to January 15, 2024, so that he may take care of his sick uncles. (#163). Having read and considered the motion, and good cause being found, the Court grants Defendant's motion.

Accordingly, **IT IS HERBY ORDERED** that Defendant's Motion to Continue Self-Surrender Date (#163) is **GRANTED**. Defendant shall surrender before noon on January 15, 2024, at the designated facility.

Dated this 21st day of November 2023.

_____
Kent J. Dawson
United States District Judge